UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JEVON THAMES,

    Plaintiff,

v.

MEAD & ASSOCIATES, Inc,

    Defendants.                                 No. 16-cv-606-DRH

## ORDER

**HERNDON, District Judge:**

    Pending before the Court is plaintiff's motion for default judgment (Doc. 12). Based on the following, the Court denies the motion.

    Obtaining a default judgment is a two-step process. First, a party must seek an entry of default from the clerk. Fed. R. Civ. P. 55 (a). Second, a party must seek a default judgment. Fed. R. Civ. P. 55(b). There is a clear distinction between the two steps. See *Lowe v. McGraw-Hill Cos.*, 361 F.3d 335, 339 (7th Cir. 2004); *see also In re Catt*, 368 F.3d 789, 793 (7th Cir. 2004); *United States v. Di Mucci,* 879 F.2d 1488, 1490 n.3 (7th Cir. 1989).

    Here, the plaintiff neglects the first step and moves directly to the second. As Rule 55 indicates, before seeking a default judgment, a plaintiff must first obtain an entry of default from the clerk. Accordingly, the motion is improper and must be denied.

For the reasons stated herein, the Court **DENIES** plaintiff's motion for a default judgment. (Doc. 12).

**IT IS SO ORDERED.**

Signed this 20th day of October, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.10.20 14:52:30 -05'00'

**United States District Judge**